**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 381 MAL 2022

           Respondent                :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

           v.                        :

                                      :

KENNETH MARTIN,                    :

                                      :

               Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.